SYNGENTA SEEDS, INC. and
Syngenta Participations AG,
Plaintiffs–Appellants,

v.

STUTTGART SEED COMPANY,
INC., Defendant–Appellee.

and

Terry Dabbs, Don Daugherty, William Anthony Davis, Ronnie Helms, Jon Hornbeck, Hornbeck Seed Company, Inc., James Pat Mayfield, Dean Meins, Scott Meins, David Simpson, John H. Stephens and Roy Mccollum, Defendants–Appellees.

No. 05–1457.

United States Court of Appeals,
Federal Circuit.

July 20, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).